FILED
CLERK, U.S. DISTRICT COURT

APR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JESUS RUIZ, | ) CV 07-04227-AHS (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ROBERT A. HOREL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: ____APR 2 1 2008____

_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

1